

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00173-CR

GARETH REECE GOODE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 198th Judicial District Court
Bandera County, Texas
Trial Court No. CR-23-0000031

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

A Bandera County jury convicted Gareth Reece Goode of sexual assault of a child and assessed a sentence of twenty years' imprisonment. *See* TEX. PENAL CODE ANN. § 22.011 (Supp.). On appeal,[1] Goode argues that (1) the trial court violated his due process rights by denying his motion for continuance, (2) the trial court erred by admitting an audio recording between Goode and his ex-wife, (3) his due process rights were violated when the State misstated the charge as aggravated sexual assault during voir dire, (4) the trial court erred by instructing the jury that the State was not required to prove the exact date that the offenses occurred, (5) his due process rights were violated when the State used an incomplete illustration of a gun to explain the burden of proof, and (6) the trial court erred by overruling objections to the State's closing argument.[2]

We addressed Goode's arguments in detail in our companion cause number 06-24-00172-CR. For the same reasons stated therein, we find that the trial court did not abuse its discretion in this cause either by denying Goode's motion for a continuance or by admitting the audio recording, and we conclude that the State's reference to aggravated sexual assault in the consolidated trial was proper since Goode was also charged with that offense. We also find that there was no jury-charge error, the trial court properly overruled Goode's objections to the

---

[1]Originally appealed to the Fourth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.). We follow the precedent of the Fourth Court of Appeals in deciding the issues presented. *See* TEX. R. APP. P. 41.3.

[2]In his companion cause number 06-24-00172-CR, Goode appeals two convictions for indecency with a child by contact.

State's illustrations used to explain the burden of proof, and Goode was unharmed by any alleged error preserved during jury argument. As a result, we affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted: June 10, 2025
Date Decided: July 2, 2025

Do Not Publish